Commonwealth *v.* Olszewski, Appellant.

Argued April 10, 1974. *Frank W. Ittel, Jr.,* with him *Terry Kimber Young,* for appellant; *Robert L. Eberhardt,* Assistant District Attorney, with him *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* O'Neal, Appellant.

Argued April 11, 1974. *Stephen H. Hutzelman,* with him *Plate, Doyle, Kroto and Hutzelman,* for appellant; *Robert H. Chase,* Assistant District Attorney, with him *Daniel J. Kuhn,* Assistant District Attorney, *Bernard L. Siegel,* First Assistant District Attorney, and *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.